UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. MJ 17-225 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| CHRISTOPHER BRASS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>Offense charged</u>: Supervised Release Violation (District of Oregon)

<u>Date of Detention Hearing</u>: June 2, 2017.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.  Defendant comes before this Court pursuant to a warrant for arrest issued by the District of Oregon, Case No. CR09-214, alleging violation of a condition of supervised release.

DETENTION ORDER
PAGE -1

Defendant is alleged to have failed to reside in a residential reentry center as ordered, and the Petition represents that defendant has been in abscond status since May 6, 2016. He was arrested in this District, and will be transferred to the charging district now that an Order of Transfer has been signed.

2. Defendant was not interviewed by Pretrial Services, so much of his background information is unknown or unverified. His criminal record includes previous warrant activity following failures to appear. In the instant case, supervised release was previously revoked for using controlling substances.

3. Defendant poses a risk of nonappearance due to a history of failing to appear, history of substance use, prior criminal history, and lack of verified information. Defendant poses a risk of danger due to the nature of the alleged offense and prior criminal history.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending hearing, transferred to the charging District, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the

01     defendant to a United States Marshal for the purpose of an appearance in connection
02     with a court proceeding; and
03 4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel
04     for the defendant, to the United States Marshal, and to the United State Probation
05     Services Officer.
06 DATED this <u>2nd</u> day of June, 2017.

                                                 Mary Alice Theiler
                                               United States Magistrate Judge